IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WE THE PEOPLE, by and through
NANYA AMIR-EL                                    :        CIVIL ACTION
                                                 :
        v.                                       :
                                                 :
                                                 :        NO. 02-MC-125

SHERIFF'S DEPARTMENT,
PHILADELPHIA MUNICIPAL COURT,
AND OTHER UNKNOWN INDIVIDUALS

O R D E R

AND NOW, this    day of August, it is hereby ORDERED that the Plaintiff's Writ of Mandamus, filed pro se on or about May 15, 2002, is hereby DENIED as being without cognizable legal basis.

BY THE COURT:

_____
Legrome Davis, U.S.D.J.

civil-o.frm (9/97)